FILED
JAN - 5 2012


UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>METRO MINI MART, LAS VEGAS,<br>NV, and its successors or assigns,<br><br>Defendant. | CR07-50046-02<br>5:12-mc-00002<br><br>JUDGMENT |

Plaintiff, United States of America, filed a motion seeking this court's enforcement of the Garnishment Writ and Order in Case No. 5:07CR50046-002, and for a money judgment in the amount Defendant Metro Mini Mart, as the Garnishee, failed to withhold and remit from its employee under the Garnishment Writ and Order. Pursuant to the order of the court dated January 25, 2012, it is

ORDERED AND ADJUDGED that Plaintiff, United States of America, recover from Defendant, Metro Mini Mart, Las Vegas, Nevada, the sum of $6,868.75, with post-judgment interest accruing in accordance with 28 U.S.C. § 1961(b).

Dated January 25, 2012.

BY THE COURT:

Karen E. Schreier
KAREN E. SCHREIER
CHIEF JUDGE